UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN COPPER & BRASS, INC., a
Michigan corporation, individually and as
the representative of a class of similarly
situated persons,

      Plaintiff,

v.

LAKE CITY INDUSTRIAL PRODUCTS,
INC., and JEFFREY MEEDER,

      Defendants.
_____/

Case No.  1:09-CV-1162

HON. GORDON J. QUIST

### ORDER

Defendants have filed a motion to alter or amend judgment pursuant to Federal Rule of Civil Procedure 59(e) (docket no. 213) and a motion for attorney's fees (docket no. 217).  After careful review of the pertinent filings,

**IT IS HEREBY ORDERED** that, for purposes of compliance with Federal Rule of Civil Procedure 23(c)(3), Plaintiff shall provide to the Court within **fourteen (14) days** a spreadsheet enumerating, where available, the following information for each exclusion request (docket nos. 90–197): (1) the name of the person or company on whose behalf an exclusion (opt-out) form was filed, (2) the name of the person or representative of the company filing the form, and (3) the fax number of the person or company in February 2006.

**IT IS FURTHER ORDERED** that Plaintiff shall submit within **fourteen (14) days** a proposed administration plan for distribution of the judgment award.  The plan shall address Plaintiff's proposal for verifying whether a person seeking to collect an award is eligible to collect

the award on the basis of ownership of the fax number.

**IT IS FURTHER ORDERED** that Plaintiff shall file within **fourteen (14) days** a copy of the contingency fee agreement between Plaintiff and Plaintiff's counsel.

Dated:  August 29, 2013                                          /s/ Gordon J. Quist
                                                                                  GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE